UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

**JOE HAND PROMOTIONS INC**  :  **CASE NO. 2:21-CV-01485**

**VERSUS**  :  **JUDGE JAMES D. CAIN, JR.**

**COOKIES LOUNGE L L C**  :  **MAGISTRATE JUDGE KAY**

## JUDGMENT

For the reasons stated in the accompanying memorandum ruling, **IT IS ORDERED, ADJUDGED,** and **DECREED** that the Motion for Default Judgment [doc. 11] be **GRANTED** and:

1. That judgment by default be entered for plaintiff and against defendants Tomika Duhon-Bilbo and Cookie's Lounge, LLC d/b/a Meek's Lounge & Bistro.

2. That Plaintiff recover statutory damages pursuant to 47 U.S.C. § 605(e)(3)(C)(i)(II) from Defendants in the amount of $4,400.00.

3. That Plaintiff recover additional damages pursuant to 47 U.S.C. § 605(e)(3)(C)(ii) from Defendants in the amount of $5,400.00.

4. That Plaintiff recovers attorney fees pursuant to 47 U.S.C. § 605(e)(3)(B)(iii) from Defendants in the amount of $1,500.00 and costs in the amount of $402.00 relating to the prosecution of this matter.

5. That, in the event Defendants fail to voluntarily pay the judgment, plaintiff is entitled to reasonable attorney fees for post-trial and appellate services.

-2-

Finally, the Court also awards Plaintiff court costs and post-judgment interest on the amounts awarded herein at the statutory rate from the date of this Judgment until paid.

**THUS DONE AND SIGNED** in Chambers on the 10th day of February, 2023.

_____
**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**